■ In the Matter of LEONARD A. MESSINGER, an Attorney.— Motion granted insofar as to remand this matter to the Departmental Disciplinary Committee for a hearing, and respondent's suspension continued, as indicated in the order of this court. Concur—Murphy, P. J., Kupferman, Sullivan, Ross and Carro, JJ.

■ In the Matter of ALAN H. BALLINGER, an Attorney.— Motion granted insofar as to remand this matter to the Departmental Disciplinary Committee for a hearing, and respondent's suspension is continued, as indicated in the order of this court. Concur—Carro, J. P., Milonas, Wallach, Smith and Rubin, JJ.